02/01/2017

Heather E. Morrison

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Heather E. Morrison
2306 J W Hollington Rd
Freeport FL 32439

Pay Period: 02/02/2017 - 03/01/2017
Feb Monthly Check

---

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 925.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 20.42 |
| Social Security | 57.35 | 57.35 |
| Medicare | 13.41 | 13.41 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
02/02/2017 - 03/01/2017

Pay Date
02/01/2017

MEMO:
Feb Monthly Check

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $925.00 |
| Taxes | $91.18 | $91.18 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $833.82
Acct#...9386: $833.82

---

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 925.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 20.42 |
| Social Security | 57.35 | 57.35 |
| Medicare | 13.41 | 13.41 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
02/02/2017 - 03/01/2017

Pay Date
02/01/2017

MEMO:
Feb Monthly Check

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $925.00 |
| Taxes | $91.18 | $91.18 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $833.82
Acct#...9386: $833.82

03/01/2017

Heather E. Morrison

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Heather E. Morrison
2306 J W Hollington Rd
Freeport FL 32439

Pay Period: 03/02/2017 - 04/01/2017
March Monthly Pay In Advance

---

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 1,850.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 40.84 |
| Social Security | 57.35 | 114.70 |
| Medicare | 13.42 | 26.83 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
03/02/2017 - 04/01/2017

Pay Date
03/01/2017

MEMO:
March Monthly Pay In Advance

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $1,850.00 |
| Taxes | $91.19 | $182.37 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** Acct#....9386 | **$833.81** | $833.81 |

---

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 1,850.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 40.84 |
| Social Security | 57.35 | 114.70 |
| Medicare | 13.42 | 26.83 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
03/02/2017 - 04/01/2017

Pay Date
03/01/2017

MEMO:
March Monthly Pay In Advance

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $1,850.00 |
| Taxes | $91.19 | $182.37 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** Acct#....9386 | **$833.81** | $833.81 |

03/31/2017

Heather E. Morrison

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Heather E. Morrison
2306 J W Hollington Rd
Freeport FL 32439

Pay Period: 04/02/2017 - 05/01/2017
April Pay 2017

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 2,775.00 |
| Bonus | - | - | 0.00 | 350.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 61.26 |
| Social Security | 57.35 | 193.75 |
| Medicare | 13.41 | 45.31 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
04/02/2017 - 05/01/2017

Pay Date
03/31/2017

MEMO:
April Pay 2017

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $3,125.00 |
| Taxes | $91.18 | $300.32 |
| Deductions | $0.00 | $0.00 |
| NET PAY: Acct#....9386: | | $833.82 $833.82 |

Heather E. Morrison
2306 J W Hollington Rd
Freeport
FL, 32439

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 925.00 | 2,775.00 |
| Bonus | - | - | 0.00 | 350.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 20.42 | 61.26 |
| Social Security | 57.35 | 193.75 |
| Medicare | 13.41 | 45.31 |

Beach Bums Vacation Rentals
11714 US HIGHWAY 98 W
Suite 1
MIRAMAR BEACH
FL, 32550

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
04/02/2017 - 05/01/2017

Pay Date
03/31/2017

MEMO:
April Pay 2017

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $925.00 | $3,125.00 |
| Taxes | $91.18 | $300.32 |
| Deductions | $0.00 | $0.00 |
| NET PAY: Acct#....9386: | | $833.82 $833.82 |